FILED
2026 Aug-06 AM 09:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

|  |  |  |
|---|---|---|
| **VANDALSSMILE, LLC d/b/a VS MARKETING,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) ) | **CASE NO.** |
| **PRIME I.V. HYDRATION & WELLNESS, INC.,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

## COMPLAINT

Plaintiff VandalsSmile, LLC d/b/a VS Marketing ("Plaintiff" or "VS Marketing") states the following for its Complaint against Defendant Prime I.V. Hydration & Wellness, Inc. ("Defendant" or "Prime IV"):

## PARTIES, JURISDICTION, AND VENUE

1.     VS Marketing is a Florida limited liability company doing business in Alabama.

2.     VS Marketing has two members: Jason Polancich and Rebekah Polancich.

3.     Jason Polancich and Rebekah Polancich both reside in Alabama with the intent to remain in Alabama. They are citizens of Alabama for diversity purposes.

71343118 v1

4.      Prime IV is a foreign corporation incorporated in the State of Wyoming. Its principal place of business is in Colorado.

5.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

6.      Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events and/or omissions giving rise to the claims asserted in the Complaint occurred within this judicial district.

## FACTUAL ALLEGATIONS

7.      VS Marketing is a digital marketing, software, and web development company, focused on helping small businesses grow via expert digital marketing strategies and IT-enabled business operations.

8.      VS Marketing was founded by Jason and Rebekah Polancich in 2015.

9.      Prime IV is a hydration and wellness therapy company. It has franchise locations across the U.S.

10.     Prime IV currently has three franchisees located in Alabama,[1] two of which are clients of VS Marketing.

---

[1] Until a few months ago, Prime IV had four franchise locations in Alabama, but one closed recently.

11. One of the Alabama franchise locations, Prime IV Huntsville, retained VS Marketing to help with the marketing and digital strategy needs for Prime IV Huntsville, ahead of Prime IV Huntsville's opening.

12. VS Marketing and Prime IV Huntsville executed a Digital Services Agreement, formally memorializing the VS Marketing's and Prime IV Huntsville's business relationship.

13. VS Marketing implemented a comprehensive digital strategy for Prime IV Huntsville, which yielded immediate, measurable business growth for Prime IV Huntsville.

14. Following Prime IV Huntsville's success with VS Marketing, other Prime IV franchise owners began requesting VS Marketing's services.

15. Each Prime IV franchise owner that engaged VS Marketing also executed a Digital Services Agreement with VS Marketing.

16. Many of the franchise owners expressed dissatisfaction with Prime IV's related company and marketing vendor, Prime Digital Marketing ("PDM").

17. By January 2026, VS Marketing was retained by several Prime IV franchise locations, including Prime IV Montgomery.

18. When Prime IV learned of its franchise owners' external agreements with VS Marketing, Prime IV began a coordinated campaign to force franchise owners to terminate their contracts with VS Marketing and to engage Prime IV's in-

house marketing company (PDM) instead—the company that had consistently performed poorly and about which franchise owners had repeatedly expressed significant concerns.

19. In February 2026, Prime IV's COO In Kim falsely stated to another franchise owner (who was a client of VS Marketing) that VS Marketing had run illegal GLP-1 advertisements for Prime IV Huntsville (also a client of VS Marketing), accusing VS Marketing of violating both Prime IV policy and FDA policy. Kim falsely stated that Prime IV Huntsville was in "hot water" with Prime IV leadership as a result.

20. Kim's statement was blatantly false. VS Marketing did not run GLP-1 advertisements for Prime IV Huntsville at all, much less ones that were illegal or that violated FDA policy.

21. In fact, at the time, Prime IV Huntsville did not even offer GLP-1 medications.

22. Prime IV did not stop at making blatantly false statements, though. It also threatened to take adverse action against the same franchise owner (to whom it had made the false statements) if the franchise owner continued to use VS Marketing.

23. As a direct result of Prime IV's threats to the franchise owner's business, the franchise owner was forced to cancel its contracts with VS Marketing.

24.     Even in the face of Prime IV's direct interference with VS Marketing's existing client relationships, VS Marketing continued its efforts to offer its services to other franchise owners.

25.     Through referrals from existing franchise owner clients, VS Marketing connected with other franchise owners across the country, who reported similar, serious concerns with PDM and Prime IV's in-house marketing procedures.

26.     VS Marketing formed business relationships with the franchise owners and executed similar Digital Services Agreements with these dissatisfied franchise owners for its marketing services.

27.     Prime IV was not, and is not, a party to any of VS Marketing's Digital Services Agreements with the franchise owners.

28.     Once Prime IV became aware that more franchise owners were engaging VS Marketing for its services, Prime IV leadership began telling the franchise owners that they could not use VS Marketing—despite the franchise owners' independent decisions to switch from PDM to VS Marketing.

29.     As part of its efforts to interfere with VS Marketing's relationships with the franchise owners, Prime IV also continued to falsely tell franchise owners that VS Marketing was running illegal GLP-1 advertisements, in addition to its direct demands to the franchise owners to stop using VS Marketing.

71343118 v1

30.    However, at the same time that it was disparaging VS Marketing to franchise owners and telling them they could not use VS Marketing, Prime IV was also attempting to get feedback and ideas from VS Marketing to help improve its *own* marketing platform, PDM.

31.    In fact, in 2026, Prime IV leadership even asked Jason Polancich if he would be willing to work for Prime IV and take over Prime IV's in-house marketing platform, which Prime IV had acknowledged needed to be "fixed."

32.    In Spring 2026, Prime IV leadership announced that Prime IV was launching an "Approved Vendor" program, where franchise owners could supposedly choose from a list of marketing agencies approved by Prime IV.

33.    The Approved Vendor program gave the impression that franchise owners had the freedom to choose the marketing agency they wanted to use from a list of Prime IV-approved agencies, but in reality, Prime IV would retain complete control over the marketing process—making the Approved Vendor program no better than the failed PDM platform.

34.    Prime IV attempted to recruit VS Marketing to join the Approved Vendor program, but Prime IV conditioned membership in the program on problematic non-negotiable terms.

35.    Specifically, Prime IV required an agency joining the Approved Vendor program to (1) run all billing through Prime IV and/or PDM, (2) run all

advertising exclusively through accounts controlled by Prime IV and/or PDM, and (3) use only digital marketing styles that were approved by Prime IV and/or PDM.

36. Essentially, Prime IV's Approved Vendor program recreated PDM but gave the franchise owners an illusion of being able to "choose" their marketing vendors.

37. VS Marketing disagreed with Prime IV's terms. Prime IV subsequently branded VS Marketing as a "non-approved" vendor.

38. However, Prime IV itself made statements to franchise owners at direct odds with its position. For example, in April 2026, Prime IV's COO Brett Pollan specifically approved Prime IV Huntsville's use of VS Marketing. (*See* April 21, 2026 Email from Brett Pollan, attached hereto as **Exhibit A**).

39. At the same time, Prime IV increased its pressure on franchise owners to stop contracting with VS Marketing.

40. Prime IV's pressure on franchise owners has been significant.

41. Beginning in June 2026, Prime IV has contacted VS Marketing's clients regularly to demand that they cancel their contracts with VS Marketing.

42. Prime IV has continued to spread the false statement to VS Marketing's clients that VS Marketing illegally advertises products in violation of FDA policies.

43. Prime IV has also accused VS Marketing of creating duplicate Google Ads accounts to the franchise owners' harm. These accusations are false.

71343118 v1

44. For example, on July 10, 2026, during a phone call with Prime IV Huntsville, In Kim accused VS Marketing of causing Prime IV Huntsville's Google Ads account to be suspended for circumvention and abuse. Kim then stated that Prime IV Huntsville should terminate its contract with VS Marketing immediately.

45. Prime IV's COO Brett Pollan also stated to a prospective franchise owner client that Prime IV was filing a lawsuit against VS Marketing—which was not true. This caused the prospective client to cancel its agreement with VS Marketing.

46. Also, on July 13, 2026, Brett Pollan sent an email to VS Marketing's franchise owner clients that falsely accused VS Marketing of not performing its marketing services in the franchise owner clients' best interests and implied that VS Marketing was not good at marketing. (*See* July 13, 2026 Email from Brett Pollan to VS Marketing Clients, attached hereto as **Exhibit B**).

47. Specifically, Brett Pollan stated, "We've also seen vendors shift clients between Prime IV locations rather than generate new business, increasing marketing costs without growing the brand." (*See* Ex. B). Pollan's reference to "vendors" was a reference to VS Marketing.

48. Prime IV's consistent message since June 2026 to the franchise owners has been clear: stop using VS Marketing immediately. (*See, e.g.*, July 28, 2026 Email from In Kim, attached hereto as **Exhibit C**).

49.   On July 31, 2026, Brett Pollan contacted VS Marketing's clients via phone calls and messages and stated that the clients had until the end of the day (July 31, 2026) to terminate VS Marketing's services, intensifying the pressure on VS Marketing's clients and threatening adverse action against the clients if they did not comply.

50.   VS Marketing has lost multiple franchise owner clients as a direct result of Prime IV's pressure on franchise owners and false statements to franchise owners—specifically including pressure and false statements to franchise owners in Alabama.

51.   The amount that each franchise owner pays to VS Marketing varies, but each pays at least $3,200 monthly and up to $6,000 monthly. Thus, VS Marketing stands to lose over $50,000 *per month* as a result of Prime IV's conduct. VS Marketing's losses to date significantly exceed $75,000.

52.   VS Marketing has suffered damages and continues to suffer damages as a result of Prime IV's conduct.

## CAUSES OF ACTION

## COUNT I: TORTIOUS INTERFERENCE

53.   VS Marketing incorporates Paragraphs 1–52 as though fully set forth herein.

54. The Digital Services Agreements constitute legal contracts between VS Marketing and the Prime IV franchise owners.

55. The Digital Services Agreements created protectable business relationships.

56. VS Marketing also maintains protectable business relationships with franchise owners who had agreed to engage VS Marketing for marketing services but who had not yet executed Digital Services Agreements.

57. Prime IV was aware of the existence of VS Marketing's agreements and business relationships with the Prime IV franchise owners.

58. Prime IV was a stranger to VS Marketing's agreements with the franchise owners and to VS Marketing's business relationships with the franchise owners.

59. Prime IV intentionally interfered with VS Marketing's contracts and business relationships by forcing the franchise owners to terminate their agreements with VS Marketing, and by making false and misleading statements about VS Marketing to the franchise owners, including that VS Marketing ran illegal advertisements, was not performing marketing services in the franchise owners' best interests, and created unauthorized advertising accounts for the franchise owners.

60. VS Marketing has been damaged as a result of Prime IV's intentional interference.

71343118 v1

WHEREFORE, VS Marketing demands judgment against Prime IV in an amount exceeding $75,000, for compensatory damages, punitive damages, interest, fees, and any other relief available at law or in equity.

### COUNT II: DEFAMATION

61. VS Marketing incorporates Paragraphs 1–52 as though fully set forth herein.

62. Prime IV made false and defamatory statements to individuals and organizations concerning VS Marketing.

63. Specifically, Prime IV falsely stated to franchise owners that VS Marketing used "illegal" advertisements, violated FDA policies, and otherwise engaged in improper business practices.

64. Prime IV also falsely stated to VS Marketing clients that VS Marketing was not good at performing marketing services for clients and did not perform the services in the clients' best interests, accusing VS Marketing of engaging in tactics to increase marketing costs for clients rather than growing the clients' businesses.

65. Prime IV's statements are defamatory *per se* because they prejudiced VS Marketing's professional and business reputation.

66. Prime IV made these statements negligently, recklessly, or intentionally.

71343118 v1

67. VS Marketing has been damaged and continues to be damaged by Prime IV's statements.

68. Specifically, VS Marketing has lost its contracts and business relationships with franchise owners and the revenue associated with those contracts and business relationships.

69. VS Marketing also has suffered, and continues to suffer, harm to its reputation as a result of Prime IV's false statements.

WHEREFORE, VS Marketing demands judgment against Prime IV in an amount exceeding $75,000, for compensatory damages, punitive damages, interest, fees, and any other relief available at law or in equity.

## JURY TRIAL DEMANDED

Dated July 31, 2026.

/s/ D. Keith Andress
D. Keith Andress (ASB 8396-r56d)
Kermit L. Kendrick (ASB 3553-T41K)
Molly M. Glisson (ASB 2021D25I)

*Attorneys for Plaintiff*
*VandalsSmile, LLC d/b/a VS Marketing*

71343118 v1

12

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
kandress@burr.com
kkendrick@burr.com
mglisson@burr.com

**DEFENDANT TO BE SERVED BY CERTIFIED MAIL**

Prime I.V. Hydration & Wellness, Inc.
Wyoming EZ Corp (Registered Agent)
2232 Dell Range Blvd, Ste 245
Cheyenne, WY 82009